David W. Fassett, Esq. (DWF 1636)
ARSENEAULT WHIPPLE FARMER FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Defendant Fernando Jimenez

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 02-337 (JAG) |
| v. | |
| RENE ABREU, et al., | |
| Defendants | |

ORDER ~~GRANTING~~ DENYING DEFENDANT FERNANDO JIMENEZ'S ~~UNOPPOSED~~ OPPOSED APPLICATION TO TERMINATE SUPERVISED RELEASE ND DISCHARGE DEFENDANT

THIS MATTER having come before the Court on the application of counsel for Defendant Fernando Jimenez, Arseneault Whipple Farmer Fassett & Azzarello, LLP (David W. Fassett, Esq., appearing), pursuant to 18 U.S.C. § 3583(e) and Fed. R. Crim. P. 32.1(c), to terminate Jimenez's previously imposed three-year term of supervised release and to discharge Jimenez; and both the United States Attorney's Office (Thomas J. Eicher, AUSA, appearing) and the United States Probation Office (Leslie M. Vargas, USPO, appearing) having received notice of that application and having indicated that they do not oppose that application; and it appearing that by final judgment of conviction entered July 24, 2005, the Court sentenced Jimenez to a six-months term of imprisonment to be followed by a three-year term of supervised release, and ordered Jimenez to pay restitution and a special assessment; and it further appearing that Jimenez completed his six-month term of imprisonment term and commenced his three-year term of supervised release on March 24, 2006; and it further appearing that Jimenez has served over one year of his three-year term of supervised release; and it further appearing that Jimenez's restitution and special assessment obligations have been fully paid; and for good cause shown;

IT IS on this 14th day of October, 2008,

Denied

ORDERED that the foregoing application be, and hereby is, ~~GRANTED~~; and it is further

ORDERED that, pursuant to 18 U.S.C. § 3583(e) and Fed. R. Crim. P. 32.1(c), the previously imposed three-year term of supervised release against Defendant Fernando Jimenez be, and hereby is, NOT TERMINATED, and Defendant Fernando Jimenez be, and hereby is, NOT DISCHARGED.

_____
Honorable Joseph A. Greenaway, Jr., U.S.D.J.